UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of EDWARD RITENOUR, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-CV-756 |
| HAMILTON PACIFIC CHAMBERLAIN, LLC and MERCHANTS BONDING COMPANY, | ) ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA for the use and benefit of EDWARD RITENOUR, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-CV-875 |
| HAMILTON PACIFIC CHAMBERLAIN, LLC and MERCHANTS BONDING COMPANY, | ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

NOW COMES Plaintiff, Edward Ritenour, by and through the undersigned counsel, and Defendants Hamilton Pacific Chamberlain, LLC and Merchants Bonding Company, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of all remaining claims in the above-captioned action with prejudice. Each party shall bear its own court costs.

1

Respectfully submitted this the 6th day of June, 2017.

**MICHAEL W. STRICKLAND & ASSOCIATES, P.A.**

By: */s/ Michael W. Strickland*
Michael W. Strickland, NC Bar No. 17101
Post Office Box 30787
Raleigh, North Carolina 27622 *(Mailing)*
301 Glenwood Avenue, Suite 280
Raleigh, North Carolina 27603 *(Street)*
Telephone No.: (919) 571-3898
Facsimile No.: (919) 571-1038
mstrickland@stricklandlaw.com
*Counsel for Plaintiff*

**RAGSDALE LIGGETT PLLC**

By: */s/ Amie C. Sivon*
William W. Pollock, NC Bar No. 19381
Amie C. Sivon, NC Bar No. 34206
Post Office Box 31507
Raleigh, North Carolina 27622-1507
Telephone: (919) 787-5200
Facsimile: (919)783-8991
bpollock@rl-law.com
asivon@rl-law.com
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing **Stipulation of Dismissal** was served upon all counsel of record this the 6th day of June, 2017, via the Middle District of North Carolina's EC/CMF electronic filing system which will send notice thereof to the following parties:

       William W. Pollock
       Amie C. Sivon
       Ragsdale Liggett, PLLC
       P.O. Box 31507
       Raleigh, NC 27622-1507

**MICHAEL W. STRICKLAND & ASSOCIATES, P.A.**

By:    */s/ Michael W. Strickland*
       Michael W. Strickland, NCSB # 17101
       Post Office Box 30787
       Raleigh, North Carolina 27622 *(Mailing)*
       301 Glenwood Avenue, Suite 280
       Raleigh, North Carolina 27603 *(Street)*
       Telephone No.: (919) 571-3898
       Facsimile No.: (919) 571-1038
       mstrickland@stricklandlaw.com
       *Attorney for Plaintiff*

3

Case 1:15-cv-00756-WO-LPA   Document 45   Filed 06/06/17   Page 3 of 3